**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 24-60029-CV-MIDDLEBROOKS

ALEXANDER W. NUNN *on behalf of himself and all others similarly situated*,

    Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS, LLC, d/b/a XFINITY, and CITRIX SYSTEMS, INC.,

    Defendants.
_____/

**ORDER GRANTING JOINT MOTION TO TRANSFER VENUE**

THIS CAUSE comes before the Court on Defendants' Unopposed Motion to Transfer Venue, filed March 11, 2024. (DE 19). I have reviewed the Motion and find that the 28 U.S.C. § 1404(a) factors, as well as the "first-filed" rule, weigh in favor of transferring this action to the Eastern District of Pennsylvania. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) The Defendants' Unopposed Motion to Transfer Venue (DE 19) is **GRANTED**.

(2) The Clerk of Court shall **TRANSFER** this action to the United States District Court for the Eastern District of Pennsylvania.

(3) The Clerk of Court **SHALL CLOSE** this case in this district.

**SIGNED** in Chambers in West Palm Beach, Florida, this 14 day of March, 2024.

                                                DONALD M. MIDDLEBROOKS
                                                UNITED STATES DISTRICT JUDGE

Cc: attorneys on record